# THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| MICHAEL SCHAUF, Guardian of the Person and Estate of Daniel Lee Boling, II, an Incapacitated Adult, | )<br>)<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | ) Case No.: CIV-17-713-R<br>) |
| JOHN FLINT, *et al.* | )<br>)<br>) |

## STIPULATON OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the respective parties in the above entitled action, by and through their counsel of record, hereby stipulate that all claims in the above-styled and numbered action shall be dismissed with prejudice.  Each party shall bear their own costs and attorney's fees.

Respectfully Submitted,

*s/ Stanley D. Monroe*
Stanley D. Monroe
STANLEY D. MONROE, PC
15 W. 6th St., Suite 212
Tulsa, OK  74119
***Attorney for Plaintiff***

## **CERTIFICATE OF SERVICE**

I hereby certify that on August 19, 2019, a true and correct copy of the foregoing document has been served electronically on all counsel of record via the ECF filing system:

Robert S. Lafferrandre
Carson C. Smith
PIERCE COUCH HENDRICKSON
BAYSINGER & GREEN, L.L.P.
1109 N. Francis
Oklahoma City, Oklahoma  73106


Timothy M. Bunson          tim.bunson@oag.ok.gov
Lexie P. Norwood           lexie.norwood@oag.ok.gov
Assistant Attorney General
Oklahoma Attorney General's Office
Litigation Unit
313 NE 21st Street
Oklahoma City, OK  73105
***Attorney for Defendant***
***Greg Williams***


                                        *s/ Stanley D. Monroe*
                                          Stanley D. Monroe